UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:
08-60354-CIV-MORENO

SHAMECA WALTERS,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

**CLOSED CIVIL CASE**

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING MOTION TO VACATE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Movant's Motion to Vacate **(D.E. No. 1)**, filed on **March 14, 2008**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 10)** on **October 15, 2008**. The Court has reviewed the entire file and made a *de novo* review of the Magistrate Judge's Report and Recommendation, and notes that Movant has not filed an objection. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 10)** on **October 15, 2008** is **AFFIRMED** and **ADOPTED**. Accordingly, it is further **ADJUDGED** that:

(1)    Movant's motion to vacate is **DENIED**.

(2)    This case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 4th day of November, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to: United States Magistrate Judge Patrick A. White

Counsel and Parties of Record